JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL D. ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 8:15-CV-00966-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: November 22, 2016　　　　　_____

　　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE